**FILED**
**NOV 24 2009**
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Miscellaneous No. 09-00206-C |
| DAVID R. MICHAL, | |
| Debtor(s). | Northern District of Georgia Case No. 05-80212 |
| PATRICIA A. MCCOLM, | Adversary No. 06-9036 |
| Plaintiff(s), | |
| v. | |
| DAVID R. MICHAL, ET AL., | |
| Defendant(s). | |

**ORDER TO SHOW CAUSE**

The record establishes that two subpoenas were issued in blank by this court on August 10, 2009, pursuant to Federal Rule of Civil Procedure 45, as incorporated by Federal Rule of Bankruptcy Procedure 9016. Proof of service has been provided establishing that one of the subpoenas commanded Robert Cronic, 2662 Tarmac Road, Redding, CA 96003, to appear and testify at a deposition at the office of Challe & Fisher, 1828 South Street, Redding, CA 96001, on October 15, 2009, at 10:00 a.m. Proof of service has been provided of the service of that subpoena by the

1  Shasta County Sheriff's Civil Division on October 5, 2009, at
2  9:39 a.m. at 2662 Tarmac Rd, Redding, CA 96003.
3  　　　The second subpoena was directed to the Custodian of
4  Records, Restoration Group, Inc. dba Purofirst Disaster and
5  Reconstruction Specialists, 2662 Tarmac Road, Redding, CA 96003,
6  and commanded the production of records for inspection and
7  copying at the offices of Associated Deposition Service, 2054
8  Market Street, Redding, CA, on October 15, 2009, at 9:00 a.m.
9  Proof of service indicates that this subpoena was served by the
10 Shasta County Sheriff's Civil Division on October 5, 2009, at
11 9:39 a.m., specifically upon "Robert Cronic, Custodian of
12 records," 2662 Tarmac Rd, Redding, CA 96003.
13 　　　It further appears from the declaration of Patricia McColm
14 that neither subpoena was complied with.
15 　　　IT IS ORDERED that Robert Cronic and the custodian of
16 records of Restoration Group, Inc. dba Purofirst Disaster and
17 Reconstruction Specialists, show cause, in writing filed by
18 December 9, 2009, why they should not be held in contempt.  If
19 there is no written response or if the response that is provided
20 does not adequately establish an excuse for noncompliance, the
21 court will set an actual hearing.
22 　　　Dated:  November 24, 2009.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

**CERTIFICATE OF SERVICE**

On the date indicated below, I served a true and correct copy(ies) of the attached document by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed and by depositing said envelope in the United States mail or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's Office.

Patricia A. McColm
P.O. Box 27274
Francisco, CA 94112

Patricia A. McColm
P.O. Box 27274
San Francisco, CA 94127

Robert Cronic
2662 Tarmac Road
Redding, CA 96003

Custodian of Records
Restoration Group, Inc.
dba Purofirst Disaster and Reconstruction Specialists
2662 Tarmac Road
Redding, CA 96003

Charlton & Glover
87 Vickery Street
Roswell, GA 30075

Kenny Snowden
2901 Park Marina Drive
Redding, CA 96001

Dated: 11/24/2009

_____
DEPUTY CLERK

Mark D. Swim